UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 24.189.172.229,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/25/2024_

24 Civ. 1711 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Given the nature of Plaintiff's motion for leave to serve a third-party subpoena, ECF Nos. 11–12, the motion briefing schedule at ECF No. 10 is VACATED. By separate order, the Court shall refer the motion for consideration by the Honorable Ona T. Wang.

    SO ORDERED.

Dated: March 25, 2024
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge